

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

ORDERED in the Southern District of Florida on June 08, 2010.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

In re:

HELENE OLSSON,

                Debtor      /

### ORDER GRANTING MOTION TO VALUE PURSUANT TO 11 U.S.C. §506(a) AND TO BIFURCATE PURSUANT TO 11 U.S.C. §506(d)

THIS MATTER came before the Court on May 24, 2010 at 9:30 am upon Debtor's Motion to Value Pursuant to 11 U.S.C. §506(a) and to Bifurcate Pursuant to 11 U.S.C. §506(d) Re:3826 N. Old Dixie Highway, Delray Beach, FL 33483 [DE #31],and the Court having heard the argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED as follows:

1.    The Motion is GRANTED.

2.    The collateral securing Citimortgage, Inc.'s first mortgage on the Debtor's property located at 3826 N. Old Dixie Highway, Delray Beach, FL 33483 is valued at $120,000.00 and more fully described as:

> **Lot 75 and 112, Except that portion included within the Northeasterly and the Southwesterly lines of Lot 74, extended Southeasterly to the rear line of Lot 67, as shown on Amended Plat of Trade Winds Estates, according to the plat thereof, recorded in Plat Book 21, Page 73, of the Public Records of Palm Beach County, Florida.**

3. Citimortgage, Inc. has an allowed secured claim in the amount of $120,000.00, which the Debtor agrees shall be paid including interest at 5% in 360 equal monthly payments of $644.19 commencing June 1, 2010.

4. The balance of Citimortgage's claim shall be treated as unsecured.

5. The Debtor shall be responsible for payment of her own real estate taxes and for hazard insurance on the subject property in accordance with the terms of the loan documents.

6. The creditor, Citimortgage agreed to vote in favor of a Plan of Reorganization and Disclosure Statement with ordinary terms that comports with the terms set forth above.

7. If the Debtor fails to complete their Chapter 11 plan or if this case should get dismissed or converted to Chapter 7, then the loan with Citimortgage will remain in full force and effect.

8. The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

###

Copies furnished to:
David Lloyd Merrill, Esq.
Office of the U.S. Trustee
All Appearances
20 Largest Creditors
Helene Olsson